| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| TIMOTHY TAYLOR, | Case No. 2:20-cv-00786-KJD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL KEELER et al., | |
| Defendants. | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated, and Plaintiff has not filed an updated address with this Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the Court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Plaintiff must file written notification in accordance with this Rule by Friday, June 18, 2021. If Plaintiff fails to update the Court with his current address by Friday, June 18, 2021, his case will be subject to dismissal without prejudice.

In addition, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by Friday, June 18, 2021 or pay the full filing fee of $400.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court by Friday, June 18, 2021.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by Friday, June 18, 2021, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, his case will be subject to dismissal without prejudice.

DATED THIS 20th day of May 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE